# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

RECEIVED  
DEC 1 0 2020  
CHAMBERS OF KIMBA M. WOOD  
U.S.D.J.-S.D.N.Y.

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
(212) 619-6743

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 12/14/20

**MEMO ENDORSED**

December 8, 2020

**By ECF**

Honorable Kimba M. Wood  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:    *United States v. Patrick Paolucci*  
            19 Cr. 106 (KMW)

Dear Judge Wood:

    My client, Patrick Paolucci, respectfully requests an extension of his present pretrial travel restrictions - which are the Southern District of New York, the Eastern District of New York, New Jersey, and South Carolina - to include Southern Florida, at the address 650 Snug Harbor Drive, Apt. G205, Boynton Beach, Florida 33435.

*Granted*

    AUSA Eli Mark and USPTO Courtney DeFeo have no objection to this request.

                                                Very truly yours,

                                                William J. Stampur

cc:    AUSA Eli Mark  
       USPTO Courtney DeFeo

SO ORDERED: N.Y., N.Y. 12/14/20

_____  
KIMBA M. WOOD  
U.S.D.J.