# STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/21
```

February 18, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    **Re:** *United States v. Patrick Paolucci*, **19 Cr. 106 (KMW)**

Dear Judge Wood:

    I write to respectfully request an adjournment of Mr. Paolucci's sentence proceeding now scheduled for March 8, 2021, until the week of June 14, 2021, at a date and time convenient to the Court.

    This request is made due to the ongoing COVID-19 pandemic and other unresolved issues necessary to thoroughly prepare for sentence.

    AUSA Eli Mark has no objection to this request.

*Sentencing is adjourned to June 14, 2021, at 11:00 a.m. Defendant's submission is due by June 1. Government submission is due by June 7.*

Very truly yours,

William J. Stampur

cc: AUSA Eli Mark

SO ORDERED: N.Y., N.Y. 2/22/21

Kimba M. Wood
**KIMBA M. WOOD**
U.S.D.J.

WS/Paolucci/Adj Rqst