UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

PATRICK PAOLUCCI,

Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 106 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/21

KIMBA M. WOOD, District Judge:

The remote sentencing currently scheduled for June 14, 2021, is adjourned Thursday, June 24, 2021, at 11:30 a.m., as an in-person proceeding.

SO ORDERED.

Dated: New York, New York
June 1, 2021

*Kimba M. Wood*

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE