UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

v.

PATRICK PAOLUCCI

                    Defendant.

--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 28, 2021

19-CR-106 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On January 7, 2021, Local 812 Health Fund and Local 812 of the International

Brotherhood of Teamsters submitted a victim impact statement in this case asking the Court to

order restitution to them in an amount exceeding $3,000,000.

The parties shall be prepared to address this request at defendant's June 29, 2021,

sentencing.

If the parties need further time to address this request, the Court will adjourn Defendant's

sentencing.


        SO ORDERED.

Dated:  New York, New York
        June 28, 2021

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                        United States District Judge